UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| | |
|---|---|
| WARREN L. NEWELL and ANTOINETTE NEWELL<br><br>Plaintiffs,<br><br>v.<br><br>OCCIDENTAL FIRE AND CASUALTY COMPANY OF NORTH CAROLINA,<br><br>Defendant. | *<br>*<br>*<br>*<br>*<br>*   CASE NO.:<br>*<br>*<br>*<br>*<br>*<br>*<br>* |

## COMPLAINT

Plaintiffs, WARREN L. NEWELL and ANTOINETTE NEWELL ("Plaintiffs"), by and through undersigned counsel, file this complaint against Defendant, OCCIDENTAL FIRE AND CASUALTY COMPANY OF NORTH CAROLINA ("Defendant"), alleging as follows:

### Jurisdiction and Venue

1. Jurisdiction over this dispute is exclusive to this Court pursuant to 42 U.S.C. §4053 and §4072. Jurisdiction is also appropriate in this action pursuant to 28 U.S.C. §1331 and 28 U.S.C. §1367.

2. Venue is proper in this Court pursuant to 42 U.S.C. §4053 and §4072, as well as 28 U.S.C. §1391, because it is the Judicial District in which the insured property is located and a substantial part of the events or omissions giving rise to the claim occurred in this Judicial District.

### The Parties

3. The Plaintiffs are individuals residing in Lee County, Florida.

4. At all material times, the Plaintiff was the owner of a building and contents located at 107 Gulfview Avenue, Fort Myers Beach, FL 33931-3909.

5. The Defendant was and is a duly organized private insurance company and/or an association of insurance companies, licensed and duly authorized to conduct business in the Lee County Florida, and otherwise availing itself of the rights, remedies and jurisdiction of the State of Florida.

6. The Defendant, a North Carolina for profit corporation, was and is a Write-Your-Own carrier authorized to issue Standard Flood Insurance Policies ("SFIP") to property owners in the State of Florida under the National Florida Insurance Act of 1968, *see* 42 U.S.C. § 4001, *et. seq.* ("NFIA"), and the National Flood Insurance Program ("NFIP") administered by the Federal Emergency Management Agency ("FEMA").

## Operative Facts

7. Prior to September 28, 2022, the Defendant, for good and valuable consideration, issued a SFIP to the Plaintiffs, bearing policy number 87018274682021 (NFIP Policy Number 8701827468), insuring against risk of loss to Plaintiff's building and contents. A copy of the declarations page of the insurance policy is attached as **Exhibit "A"**.

8. As of September 28, 2022, the Plaintiffs had timely paid all premiums due to Defendant for the SFIP, and the SFIP was in full force and effect at all times material to this action.

9. On or about September 28, 2022, the Plaintiffs suffered loss and damages as a result of flooding, a peril covered under the SFIP.

10. Plaintiffs provided timely and sufficient notice to the Defendant of the losses, damages and claims being asserted on the SFIP.

11. Defendant has acknowledged the claim and assigned a claim number 87018274682021.

12. Defendant has had sufficient opportunity to investigate, appraise and adjust the loss.

13. Plaintiffs have complied with and satisfied all conditions precedent and obligations under the policy, or they have been waived.

14. Plaintiffs have hired the undersigned law firm to pursue the subject claim and are obligated to pay the firm a reasonable fee for its legal services.

15. Plaintiffs are entitled to recover their attorneys' fees pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412 to the extent that the Defendant is an agency or agent of the United States of America.

## Count 1 – Breach of the Insurance Policy

16. The Plaintiffs reaffirm and reallege the allegations contained in paragraphs 1 through 15 above, and further allege:

17. The damages and losses sustained by the Plaintiffs on or about September 28, 2022, were covered under the insurance policy issued by the Defendant and no exclusions or policy conditions exist to bar coverage.

18. Although the Plaintiffs have satisfied all obligations and conditions under the policy, the Defendant failed to fully indemnify the Plaintiff for the full value of the losses sustained.

19. Defendant's failure to fully indemnify the Plaintiffs for all covered losses sustained represents a material breach of the insurance policy.

20. As a direct result of Defendant's breach, the Plaintiffs have and continue to suffer damages.

WHEREFORE, the Plaintiffs, Warren L. Newell and Antoinette Newell, respectfully demand entry of a judgment in their favor and against the Defendant, Occidental Fire and Casualty Company of North Carolina, for all proceeds due under the subject insurance policy as to be determined at a trial, together with pre and post judgment interest and costs as allowable by law, attorney's fees, and for such other and further relief as this Court deems just and proper.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served via the CM/ECF on all counsel of record on this 13th day of October, 2023.

FLORIN ROEBIG, P.A.

*/s/ Shaun M. Cummings*
SHAUN M. CUMMINGS, ESQ.
Florida Bar No.: 0111944
Email: scummings@florinroebig.com
CHASE P. FLORIN, B.C.S.
Florida Bar No.: 102615
Email: chase@florinroebig.com
HAL S. WEITZENFELD
Florida Bar No.: 645826
Primary Email:
FPService@florinroebig.com
777 Alderman Road
Palm Harbor, Florida 34683
Telephone No.: (727) 786-5000
Facsimile No.: (727) 772-9833
Attorneys for Plaintiffs

**IAT INSURANCE GROUP**

Policy Number: 87018274682021

# FLOOD POLICY DECLARATIONS
## Occidental Fire and Casualty of NC         EXHIBIT A

Standard Policy

**Type:** Revised Declaration
**Policy Period:** 11/07/2021 To 11/07/2022
**Original New Business Effective Date:** 11/07/2003
**Reinstatement Date:**
**Form:** Dwelling

For payment status, call: (888) 245-7274
These Declarations are effective
as of: 11/07/2021 at 12:01 AM

### Address Info

**Producer Name and Mailing Address:**
RTI INSURANCE SERVICES OF FL INC
6901 PROFESSIONAL PKWY E STE 104
LAKEWOOD RANCH, FL 34240-8462

**Insured Name and Mailing Address:**
NEWELL, WARREN & ANTOINETTE
FREEMAN, DOUGLAS & DARLENE
7 GEORGETOWN
FORT MYERS, FL 33919-1017

**NFIP Policy Number:** 8701827468
**Agent/Agency #:** 00700-00056-000
**Reference #:**
**Phone #:** (239)463-5200

**NAIC Number:** 23248
**Processed by:**
Flood Insurance Processing Center
P.O. Box 2057  Kalispell MT 59903-2057

### Property Info

**Property Location:**
107 GULFVIEW AVE
FORT MYERS BEACH, FL 33931-3909

**Building Description:**
Single Family
Two Floors
Elevated With Enclosure

**Primary Residence:** N
**Premium Payor:** 1st Mortgagee
**Flood Risk/Rated Zone:** AE     **Current Zone:**
**Community Number:** 12 0673 0558 F
**Community Name:** FORT MYERS BEACH, TOWN OF
**Grandfathered:**
Post-Firm Construction
**Program Type:** Regular

**Newly Mapped into SFHA:**
**Elev Diff:** 4
**Elevated Building:** Y
Includes Addition(s) and Extension(s)
**Replacement Cost:**     $403,000
**Number of Units:**    1

### Coverage & Rating

| Type | Coverage | Rates | Deduct | Discount | Sub Total | Premium Calculation | |
|---|---|---|---|---|---|---|---|
| Building: | 250,000 | | 1,250 | 6- | | Premium Subtotal: | |
| Contents: | 100,000 | | 1,250 | 4- | | Multiplier: | |
| Contents Location: | Enclosure and Above | | | | | ICC Premium: | |
| | | | | | | CRS Discount: | |
| | | | | | | Reserve Fund Assmt: | |
| | | | | | | HFIAA Surcharge: | |
| | | | | | | Federal Policy Fee: | |
| | | | | | | Probation Surcharge: | |
| | | | | | | Endorsement Amount: | |
| | | | | | | **Total Premium Paid:** | |

THIS IS AN ELEVATED BUILDING. COVERAGE IS LIMITED BELOW THE LOWEST ELEVATED FLOOR. SEE PROPERTY NOT COVERED IN STANDARD FLOOD INSURANCE POLICY.

Coverage Limitations May Apply. See Your Policy Form for Details.

### Mortgage Info

**First Mortgage:**
WELLS FARGO BANK NA #708
ITS SUCCESSORS AND OR ASSIGNS
PO BOX 5708
SPRINGFIELD, OH 45501-5708
Loan#: 0258692912

**Loss Payee:**

**Second Mortgage:**
MURAD, CRAIG
7 GEORGETOWN
FORT MYERS, FL 33919-1017
Loan#: ADDITIONAL INSURED

**Disaster Agency:**

Refer to www.fema.gov/cost-of-flood for more information about the risk of flooding and how it impacts the cost of flood insurance.